# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2628

_____

ARTURO ZAMORA,

Appellant,

v.

IX DESIGN, INC./NORMANDY
INSURANCE COMPANY,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Date of Accident: June 9, 2017.

April 17, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

William H. Rogner of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellees.